# United States Court of Appeals
**For The District of Columbia Circuit**

_____

**No. 23-3228**  **September Term, 2023**

1:23-cr-00257-TSC-1

Filed On: December 8, 2023 [2030625]

United States of America,

    Appellee

    v.

Donald J. Trump,

    Appellant

**O R D E R**

The notice of appeal was filed on December 7, 2023, and docketed in this court on December 8, 2023. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Docketing Statement Form | December 26, 2023 |
| Entry of Appearance Form | December 26, 2023 |
| Transcript Status Report | December 26, 2023 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 15 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a Final Status Report indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
        Emily K. Campbell
        Deputy Clerk

The following forms and notices are available on the Court's website:

    Criminal Docketing Statement Form
    Entry of Appearance Form
    Transcript Status Report Form