# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** United States of America

**v.**
Donald J. Trump (Appellant)

**Case No:** 23-3228

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ● Retained ○ Pro Bono ○ Appointed (CJA/FPD) ○ Gov't counsel

for the ● Appellant(s)/Petitioner(s) ○ Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
*(List each represented party individually - Use an additional blank sheet as necessary)*

Donald J. Trump (Appellant)

### Counsel Information

Lead Counsel: Dean John Sauer

Direct Phone: ( 314 ) 562-0031  Fax: (____) -    Email: john.sauer@james-otis.com

2nd Counsel:  William Owen Scharf

Direct Phone: ( 917 ) 208-5566  Fax: (____) -    Email: will@willscharf.com

3rd Counsel:  Michael E. Talent

Direct Phone: ( 314 ) 313-5285  Fax: (____) -    Email: michael.talent@james-otis.com

Firm Name:  James Otis Law Group

Firm Address: 13321 North Outer Forty Road, Suite 300, Chesterfield, Missouri 63017

Firm Phone: ( 314 ) 562-0031  Fax: (____) -    Email:

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.