# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3228**                      **September Term, 2023**

**1:23-cr-00257-TSC-1**

**Filed On:** December 11, 2023

United States of America,

         Appellee

    v.

Donald J. Trump,

         Appellant

     **BEFORE:**     Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion to expedite case, it is

**ORDERED** that appellant's response to the motion to expedite be due by 10:00 a.m. on Wednesday, December 13, 2023. Any reply is due by 10:00 a.m. on Thursday, December 14, 2023.

### Per Curiam

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

           BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk