UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

## CRIMINAL DOCKETING STATEMENT
(To be completed by appellant)

1. Appellate Case Number: 23-3228        1a. Criminal Action Number: 1:23-cr-00257-TSC
2. Case Name: United States v. Donald J. Trump
3. Appellant's Name: Donald J. Trump
   3a. Appellant's Defendant No.: n/a        3b. Appellant's Fed. Reg/PDID No. n/a
4. Date of conviction n/a        4a. Date of sentence n/a
5. Name of District Court Judge The Hon. Tanya S. Chutkan, U.S. District Judge
6. Date of Notice of Appeal Filed: 12-07-2023
7. Offense(s) of conviction: n/a - interlocutory appeal
8. Did appellant plead guilty?        ○ Yes  ● No
9. What sentence was imposed? No
10. How much of the sentence has appellant served? n/a
11. Is appellant challenging the conviction?        ○ Yes  ● No
12. Is appellant challenging the sentence?        ○ Yes  ● No
13. Has appellant filed a post-conviction motion?        ○ Yes  ● No
    If yes, what motion, date filed, and disposition:
14. Is appellant incarcerated?        ○ Yes  ● No
    If yes, where:
    If no, address: 1100 S. Ocean Blvd., Palm Beach, FL 33480        Phone (   )   -
15. Has appellant moved for release pending appeal in District Court?        ○ Yes  ● No
    If yes, date filed        Disposition:
    If no, does defendant intend to file such a motion in the District Court?  ○ Yes  ● No
16. Will appellant file a motion for release pending appeal in court of appeals?  ○ Yes  ● No
17. Did appellant have court-appointed counsel in District Court?        ○ Yes  ● No
18. Does counsel appointed in District Court wish to continue on appeal?        ○ Yes  ● No
19. Did defendant have retained counsel in district court?        ● Yes  ○ No
    If yes, will case proceed on appeal with retained counsel?        ● Yes  ○ No
    If no, will appellant seek appointment of counsel on appeal?        ○ Yes  ○ No
    If no, has a motion to proceed in forma pauperis been filed?        ○ Yes  ○ No
20. Has counsel ordered transcripts?        ○ Yes  ● No
21. If yes, from what proceedings: None applicable - no hearings held on relevant motions
22. If yes, when will transcripts be completed? n/a
23. Did counsel seek expedited preparation of sentencing transcripts?        ○ Yes  ● No

Signature /s/        Date 12-08-2023
Name of Party President Donald J. Trump
Firm Address 13321 North Outer Forty Road, Suite 300, Chesterfield, MO 63017
                    Phone ( 314 ) 562-0031        Fax (   )   -

Note: In all appeals of sentences of 8 months or less trial counsel is required to prosecute the appeal of the sentence. If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USCA Form 43
August 2009 (REVISED)