No. 23-3228

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

UNITED STATES OF AMERICA,

           *Appellee*,

v.

DONALD J. TRUMP,

           *Defendant-Appellant*.

_____

On Appeal from the United States District Court
for the District of Columbia

## DEFENDANT-APPELLANT'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

## PARTIES AND *AMICI*

The parties in the district court include the United States of America and President Donald J. Trump. The district court denied leave to file to proposed *amici curiae*. The parties before this Court include the United States of America and President Donald J. Trump.

***Disclosure Statement:*** No Disclosure Statement under Federal Rule of Appellate Procedure 26.1 or under Circuit Rule 26.1 is necessary, as Defendant is not a corporation or similar entity.

## RULINGS UNDER REVIEW

The parties are before this Court on appeal from the December 1, 2023, Memorandum Opinion and Order of the district court issued by Hon. Tanya S. Chutkan, D.Ct. Doc. Nos. 171, 172, in *United States v. Trump*, No. 1:23-cr-00257-TSC, -- F. Supp. 3d --, 2023 WL 8359833 (D.D.C. Dec. 1, 2023) (attached).

## RELATED CASES

The following cases are related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C):

- *Blassingame v. Trump*, Nos. 22-5069, 22-7030, 22-7031 (consol.), -- F.4th--, 2023 WL 8291481 (D.C. Cir. Dec. 1, 2023) (appeal involving President Trump and the United States as *amicus curiae* addressing Presidential immunity for similar alleged conduct in the civil context)

1

- *United States v. Trump*, No. 23-3190, -- F.4th --, 2023 WL 8517991 (D.C. Cir. Dec. 8, 2023) (interlocutory appeal in this case challenging the district court's entry of a gag order on President Trump's extrajudicial statements)

Dated: December 12, 2023

LAURO & SINGER

John F. Lauro
400 N. Tampa St., 15th Floor
Tampa, FL 33602
(813) 222-8990
jlauro@laurosinger.com

BLANCHE LAW

Todd Blanche
Emil Bove
99 Wall St., Suite 4460
New York, NY 10005
(212) 716-1250
toddblanche@blanchelaw.com

Respectfully Submitted,

JAMES OTIS LAW GROUP, LLC

*/s/ D. John Sauer*
D. John Sauer
William O. Scharf
Michael E. Talent
13321 N. Outer Forty Road, Suite 300
St. Louis, Missouri 63017
(314) 562-0031
John.Sauer@james-otis.com

*Attorneys for President Donald J. Trump*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 12, 2023, I caused a true and correct copy of the foregoing to be filed by the Court's electronic filing system, to be served by operation of the Court's electronic filing system on counsel for all parties who have entered in the case.

*/s/ D. John Sauer*