# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

December 11, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

      Re:  United States
            v. Donald J. Trump
            No. 23-624
            (Your No. 23-3228)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on December 11, 2023 and placed on the docket December 11, 2023 as No. 23-624.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Laurie Wood
                              Deputy Clerk