# United States Court of Appeals

FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 23-3228** **September Term, 2023**

**1:23-cr-00257-TSC-1**

**Filed On:** December 13, 2023

United States of America,

Appellee

v.

Donald J. Trump,

Appellant

**BEFORE:** Henderson, Childs, and Pan, Circuit Judges

**O R D E R**

Upon consideration of the motion to expedite case, the opposition thereto, and the reply, it is

**ORDERED** that this appeal be expedited. The following briefing schedule will apply:

| | |
|---|---|
| Appellant's Brief | December 23, 2023 |
| Joint Appendix | December 23, 2023 |
| Appellee's Brief | December 30, 2023 |
| Reply Brief | January 2, 2024 |

It is

**FURTHER ORDERED** that any oral argument be scheduled before this panel. The parties will be informed later of the date of any oral argument.

Appellant should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and

# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-3228** **September Term, 2023**

statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43 (2021); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

Parties are strongly encouraged to hand deliver the paper copies of their briefs to the Clerk's office on the date due. Filing by mail may delay the processing of the brief. Additionally, counsel are reminded that if filing by mail, they must use a class of mail that is at least as expeditious as first-class mail. See Fed. R. App. P. 25(a). All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

**FOR THE COURT:**
Mark J. Langer, Clerk

BY: /s/
Daniel J. Reidy
Deputy Clerk