# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-3228** | **September Term, 2023** |
| | 1:23-cr-00257-TSC-1 |
| | **Filed On:** December 26, 2023 |

United States of America,

    Appellee

  v.

Donald J. Trump,

    Appellant

    **BEFORE:**    Henderson, Childs, and Pan, Circuit Judges

## O R D E R

    Upon consideration of the motion by former officials in five Republican administrations to participate as amicus curiae and the lodged corrected amicus brief, it is

    **ORDERED** that the motion to participate as amicus curiae be granted. The Clerk is directed to file the lodged corrected amicus brief.

## Per Curiam

        **FOR THE COURT:**
        Mark J. Langer, Clerk

    BY:    /s/
                Michael C. McGrail
                Deputy Clerk