# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 23-3228**                    **September Term, 2023**

**1:23-cr-00257-TSC-1**

**Filed On: December 29, 2023**

United States of America,

        Appellee

    v.

Donald J. Trump,

        Appellant

## A M E N D E D   O R D E R

It is **ORDERED**, on the court's own motion, that the court's December 29, 2023 order allocating oral argument time be amended to reflect the following revised rebuttal time:

| | | |
|---|---|---|
| Appellant | - | 20 Minutes |
| Appellee | - | 20 Minutes |
| Rebuttal | - | 5 Minutes |

The panel considering this case will consist of Circuit Judges Henderson, Childs, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by January 2, 2024.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:    /s/
       Michael C. McGrail
       Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)