# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

―――――――――

**No. 23-3228**                            **September Term, 2023**

1:23-cr-00257-TSC-1

**Filed On:** January 2, 2024

United States of America,

       Appellee

   v.

Donald J. Trump,

       Appellant

     **BEFORE:**     Henderson, Childs, and Pan, Circuit Judges

## O R D E R

It is **ORDERED**, on the court's own motion, that counsel be prepared to address at oral argument on January 9, 2024, any inquiries by the Court regarding discrete issues raised in the briefs filed by amicus curiae.

**Per Curiam**

                                           **FOR THE COURT:**
                                           Mark J. Langer, Clerk

                         BY:     /s/

                                           Michael C. McGrail
                                           Deputy Clerk