# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-3228**  September Term, 2023

1:23-cr-00257-TSC-1

Filed On: January 2, 2024 [2033927]

United States of America,

    Appellee

v.

Donald J. Trump,

    Appellant

**BEFORE:**    Henderson, Childs, and Pan, Circuit Judges

### O R D E R

Upon consideration of the motion of American Oversight for leave to participate as amicus curiae, and the lodged brief amicus curiae, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief amicus curiae.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

BY:  /s/
    Michael C. McGrail
    Deputy Clerk