ORAL ARGUMENT SET FOR JANUARY 9, 2024
No. 23-3228

# United States Court of Appeals for the District of Columbia Circuit

UNITED STATES OF AMERICA,

*Plaintiff-Appellee,*

v.

DONALD J. TRUMP,

*Defendant-Appellant.*

Appeal from the U.S. District Court for the District of Columbia Criminal Case No. 1:23-cr-00257-TSC (Hon. Tanya S. Chutkan)

**NOTICE OF FILING CORRECTED BRIEF OF FORMER ATTORNEY GENERAL EDWIN MEESE III AND LAW PROFESSORS STEVEN G. CALABRESI AND GARY S. LAWSON AS *AMICI CURIAE* SUPPORTING NEITHER PARTY**

GENE C. SCHAERR
  *Counsel of Record*
JUSTIN A. MILLER*
AARON C. WARD*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Amici Curiae*

January 2, 2024

# CORPORATE DISCLOSURE STATEMENT

*Amici curiae* former Attorney General Edwin Meese III and law professors Steven G. Calabresi and Gary S. Lawson certify that they are natural persons, and as such have no parent corporations or stock.

*/s/ Gene C. Schaerr*
GENE C. SCHAERR
*Counsel of Record*

## NOTICE OF FILING CORRECTED *AMICI CURIAE* BRIEF

The corrected brief filed by *Amici Curiae* former Attorney General Edwin Meese III and law professors Steven G. Calabresi and Gary S. Lawson on January 2, 2024 makes no changes to the body of *amici*'s brief filed on December 30, 2023. The corrected brief fixes some errors in the Table of Authorities and changes one word in the Rule 29(d) statement to clarify that the brief requests vacatur.

Respectfully submitted,

*/s/ Gene C. Schaerr*
GENE C. SCHAERR
  *Counsel of Record*
JUSTIN A. MILLER*
AARON C. WARD*
SCHAERR | JAFFE LLP
1717 K Street NW, Suite 900
Washington, DC 20006
(202) 787-1060
gschaerr@schaerr-jaffe.com

*Counsel for Amici Curiae
Former Attorney General Edwin
Meese III and Law Professors Steven
G. Calabresi and Gary S. Lawson*

*Not yet admitted in D.C.
Practicing under the supervision
of D.C. bar members.

Date: January 2, 2024

2

## CERTIFICATE OF SERVICE

I certify that on January 2, 2024, I caused the foregoing Notice of Filing Corrected *Amici Curiae* Brief to be filed with the Clerk of this Court by using the appellate CM/ECF system. The participants in the case are registered CM/ECF users and service will be accomplished by the appellate CM/ECF system.

> */s/Gene C. Schaerr*
> GENE C. SCHAERR
> *Counsel of Record*

3