UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT

JAN - 5 2024

RECEIVED

ORAL ARGUMENT SCHEDULED JANURY 9, 2024
Case Ns. 23-3228

---

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

UNITED STATE OF AMERICA,

*Appellee,*

v.

DONALD J. TRUMP,

*Appellant-Defendant*

---

On Appeal from the United States District Court for District of Columbia

---

## MOTION FOR LEAVE TO FILE AS AMICUS CURIAE
## BY LAW PROFESSOR VICTOR WILLIAMS
## IN SUPPORT OF APPELLANT DONALD J. TRUMP

---

Victor Williams,
Appearing *Pro Se*
Senior Counsel
Article II Project
4530 Shepherd Grade Road
Shepherdstown, WV  36532
571-309-8249

## CORPORATE DISCLOSURE STATEMENT

Amicus curiae Professor Victor Williams certifies that he is a natural person, and as such have no parent corporations or stock.

## MOTION TO FILE AN AMICUS CURIAE BRIEF

Pursuant to Federal Rules of Appellate Procedure 26 and 29(a)(3) and Circuit Rule 29(b), Professor Victor Williams respectfully requests this Court to file an amicus curiae brief in the above captioned matter in support of appellant Donald Trump.

Counsel for appellant Donald J. Trump consented to the filing of this amicus brief however counsel for the appellee United States did not respond to a request.

Prospective amicus notes that the deadline for filing this amicus brief was December 30, 2023 which fell on a Saturday and that the following Monday was January 1, 2024 a legal holiday. In accord Federal Rule of Appellate Procedure 26 regarding calculation of time for deadlines, prospective amicus thus respectfully asks that this motion filed Tuesday, January 2, 2024 (in paper form via U.S. Postal Service as a *pro se*) be considered as timely.

With over thirty years experience in the field of constitutional law, amicus Victor Williams has served as a law professor and attorney. Amicus has held appointments at the City University of New York's John Jay College of Criminal Justice, Catholic University of America's Columbus School of Law, and the University of Maryland's Casey Law School. Professor Williams has researched and widely published including in the areas of constitutional law, presidential selection, and the federal appointments process. Amicus's published scholarship and commentary has offered support for the appointment prerogatives of five presidents (without regard to their party affiliation). From late 2015 to present, Professor Williams has been a zealous supporter of Donald J. Trump and his America First movement including founding "Law Professors for Trump." Williams has authored numerous amicus curiae briefs, academic essays, and popular opinion pieces supporting Trump and his administration's policies. Williams is most recently Founder and Senior Counsel of the Article II Project.

Dated: January 2, 2024

/s/Victor Williams
Victor Williams

## CERTIFICATE OF SERVICE

I hereby certify that January 2, 2024, I filed the foregoing through the US Postal Service in hard copy as a *pro se* filer (having found the ECF system unavailable to

me). I further certify that parties will be served today through the US Postal Service.