# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3228**     **September Term, 2023**

1:23-cr-00257-TSC-1

Filed On: January 8, 2024 [2034873]

United States of America,

    Appellee

  v.

Donald J. Trump,

    Appellant

    **BEFORE:**  Henderson, Childs, and Pan, Circuit Judges

## O R D E R

Upon consideration of the motion of law professor Victor Williams to file as amicus curiae, and the lodged brief amicus curiae, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief.

### Per Curiam

    **FOR THE COURT:**
    Mark J. Langer, Clerk

    BY:  /s/
          Scott H. Atchue
          Deputy Clerk