# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 23-3228** | **September Term, 2023** |
| | 1:23-cr-00257-TSC-1 |
| | **Filed On: January 9, 2024** [2034942] |

United States of America,

      Appellee

  v.

Donald J. Trump,

      Appellant

    **BEFORE:**    Circuit Judges Henderson, Childs, and Pan

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, January 9, 2024 at 9:30 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    D. John Sauer, counsel for Appellant.

    James Pearce (DOJ), counsel for Appellee.

                                                     **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                              BY:    /s/
                                            Anne A. Rothenberger
                                            Deputy Clerk