# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 23-3228**                       **September Term, 2023**
FILED ON: FEBRUARY 6, 2024

UNITED STATES OF AMERICA,
            APPELLEE

v.

DONALD J. TRUMP,
            APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:23-cr-00257-1)

Before: HENDERSON, CHILDS and PAN, *Circuit Judges*

### **J U D G M E N T**

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the order of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

The Clerk is directed to withhold issuance of the mandate through February 12, 2024. If, within that period, Appellant notifies the Clerk in writing that he has filed an application with the Supreme Court for a stay of the mandate pending the filing of a petition for a writ of certiorari, the Clerk is directed to withhold issuance of the mandate pending the Supreme Court's final disposition of the application. The filing of a petition for rehearing or rehearing en banc will not result in any withholding of the mandate, although the grant of rehearing or rehearing en banc would result in a recall of the mandate if the mandate has already issued. *See* D.C. Cir. R. 41(a)(4).

### **Per Curiam**

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                  BY:     /s/

                                               Daniel J. Reidy
                                               Deputy Clerk

Date: February 6, 2024

Opinion Per Curiam