**James Otis Law Group, LLC**
13321 North Outer Forty Road, Suite 300
St. Louis, Missouri 63017
(314) 562-0031

*D. John Sauer*
John.Sauer@james-otis.com

February 12, 2024

Mr. Mark Langer
Clerk of the Court
U.S. Court of Appeals for the District of Columbia Circuit
E. Barrett Prettyman U.S. Courthouse
333 Constitution Avenue, N.W.
Washington, D.C. 20001

Re:   *United States v. Trump*, No. 23-3228 – President Trump's Application for Stay of the Mandate to U.S. Supreme Court

Dear Mr. Langer:

On February 6, 2024, the U.S. Court of Appeals for the D.C. Circuit issued a judgment in the above-captioned matter. That judgment states:

> The Clerk is directed to withhold issuance of the mandate through February 12, 2024. If, within that period, Appellant notifies the Clerk in writing that he has filed an application with the Supreme Court for a stay of the mandate pending the filing of a petition for a writ of certiorari, the Clerk is directed to withhold issuance of the mandate pending the Supreme Court's final disposition of the application.

Judgment in No. 23-3228 (D.C. Cir. filed Feb. 6, 2024). Through this letter, President Trump hereby notifies you that he has filed today, in the U.S. Supreme Court, an application for a stay of the D.C. Circuit's mandate pending the filing of a petition for a writ of certiorari. A copy of President Trump's stay application and the file-stamped proof of filing in the Supreme Court are attached. Accordingly, we request that you withhold issuance of the mandate pending further action by the U.S. Supreme Court on President Trump's stay application, in accordance with the February 6, 2024, judgment of the Court in this case.

Sincerely,

*D. John Sauer*
D. John Sauer
Attorney for President Donald J. Trump

cc:   Counsel for the Appellee
Enclosures