No. \_\_\_\_

# In the Supreme Court of the United States

PRESIDENT DONALD J. TRUMP,
*Applicant*,
v.
UNITED STATES OF AMERICA,
*Respondent*.

On Application for Stay of the Mandate To Be Issued by the
United States Court of Appeals for the District of Columbia Circuit

## APPLICATION FOR A STAY OF THE D.C. CIRCUIT'S MANDATE PENDING THE FILING OF A PETITION FOR WRIT OF CERTIORARI

LAURO & SINGER
John F. Lauro
Gregory M. Singer
400 N. Tampa St., 15th Fl.
Tampa, FL 33602
(813) 222-8990
jlauro@laurosinger.com

BLANCHE LAW
Todd Blanche
Emil Bove
99 Wall St., Suite 4460
New York, NY 10005
(212) 716-1250
toddblanche@blanchelaw.com

JAMES OTIS LAW GROUP, LLC
D. John Sauer
  *Counsel of Record*
William O. Scharf
Michael E. Talent
Kenneth C. Capps
13321 N. Outer Forty Rd.
Suite 300
St. Louis, Missouri 63017
(314) 562-0031
John.Sauer@james-otis.com

KB/342
RECEIVED
SUPREME COURT U.S.
FILING OFFICE
2024 FEB 12 P 2:49