# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

February 28, 2024

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333 Constitution Avenue, NW
Washington, DC 20001

Re: Donald J. Trump
v. United States
No. 23-939
(Your No. 23-3228)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 12, 2024 and placed on the docket February 28, 2024 as No. 23-939.

Sincerely,

**Scott S. Harris**, Clerk

by

Robert Meek
Assistant Clerk- Emergency Applications

Attorney