(ORDER LIST: 601 U.S.)

**FRIDAY, DECEMBER 22, 2023**

**CERTIORARI DENIED**

23-624    UNITED STATES V. TRUMP, DONALD J.

    The petition for a writ of certiorari before judgment is denied.