# United States Court of Appeals

District of Columbia Circuit
Washington, D.C. 20001-2866

Mark J. Langer
Clerk

March 1, 2024

General Information
(202) 216-7000

Scott S. Harris, Clerk
United States Supreme Court
One First Street, N.E.
Washington, D.C. 20543
**Attn: M. Altner, Assistant Clerk-Judgments**

Re:   Supreme Court No. 23-939, *Donald J. Trump v. United States* (Court of Appeals No. 23-3228)

Dear Mr. Harris:

Pursuant to your recent request, I write to advise you that the appellate court record for this case can be accessed on PACER through the court's website (www.cadc.uscourts.gov).

A copy of this court's docket and the oral argument transcript are attached to the email responding to your request. I also have contacted the Clerk, United States District Court for the District of Columbia, concerning transmittal of that court's record.

Kindly acknowledge receipt of this letter, the copy of the docket, and the oral argument transcript.

Very truly yours,

/s/
Alison E. Grossman
Special Counsel

cc: All counsel