# ADDENDUM
to
United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT
No. 23-3228
UNITED STATES OF AMERICA,
APPELLEE

v.

DONALD J. TRUMP,
APPELLANT

Appeal from the United States District Court
for the District of Columbia
(No. 1:23-cr-00257-1)

PRO SE AMICUS CURIAE
under 9th choice 1st speech & redress
July 2, 2024

UNITED STATES COURT OF APPEALS
FOR DISTRICT OF COLUMBIA CIRCUIT
JUL 22 2024
RECEIVED

Article 4 section 2
*The Citizens of each State shall be entitled to **all Privileges and Immunities** of Citizens in the several States.*

14th section 1
*All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge **the privileges or immunities of citizens** of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.*

The members of Congress do not even have immunity. Article 1 section 6
*They shall in all Cases, except Treason, Felony and Breach of the Peace, **be privileged from Arrest** during their Attendance at the Session*

Now I know what others will argue *"Privileged from Arrest"* is a form of immunity, but
Article 4 SECTION. 4.
*The United States shall guarantee to every State in this Union a Republican Form of Government*, does not mean we have a republican government. In the same breath *"Privileged from Arrest"* does not mean immunity as the second clause of section 2 expresses *"A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime."*
So when Congress was not in session, members of Congress had no *"Privileged from Arrest"*.

SIDE NOTE: another ERROR of the Supreme Court is found in it's Trump v. Anderson Colorado Ballot Case.
here SCOTUS failed in oath[1], Article 4 section 1 *Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other state.* [2]
and C.J. Marshall *"In some cases, then, the constitution must be looked into by the judges. And if they can open it at all, what part of it are they forbidden to read, or to obey?"* [3]



The answer to this is not one letter.
The Court has asked many times *"Who decides?"* and *"Has Congress spoken?"*
In the Colorado case Congress has been silent *"And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.;"*.
They have not spoken by general law on how such proceeding *"shall be proved, and the Effect thereof.;"* therefore SCOTUS had no jurisdiction to hear Trump v. Anderson.
 As Article 6 clause 3 oath of office *"shall be bound by Oath or Affirmation, to support this Constitution"* shows SCOTUS was not faithful in it's duty *"to support this Constitution"* but acted in a partisan manner in favor of a political party.

A nation wide mandamus ordering *Full Faith and Credit* to be given by all the States to the Judicial proceeding from Colorado baring Trump from being on the Ballot until such time when Congress exercises it's Constitutional discretion of how such *"shall be proved, and the Effect thereof."*

**Sent** *in Order to form a more perfect Union,* as *necessary, proper,* and *in Pursuance thereof*; along with hope for Our **Union**
*"We the People of the United States, in Order to form a more perfect* **Union**
*[Representatives and direct Taxes shall be apportioned among the several States which may be included within this* **Union** *To provide for calling forth the Militia to execute the Laws of the* **Union***, suppress Insurrections and repel Invasions He shall from time to time give to the Congress Information of the State of the* **Union***, New States may be admitted by the Congress into this* **Union** *The United States shall guarantee to every State in this* **Union***"*

**under 9th choice 1st speech & redress**


 **Enbanc DC Court of Appeals** 430 E St NW, Washington, DC 20001
**District Judge Tanya S. Chutkan** U.S. District Court for the District of Columbia, 333 Constitution Avenue, N.W., Washington D.C. 20001

*Joseph Westfall* 7-9-24
**Joseph L Westfall Pro Se July 9, 2024**

2/2
JLW

Joseph L. Westfall
2110 Williams Ave
Clarksburg, W.V. 26301

CHARLESTON WV 250

9 JUL 2024 PM 3 L

Enbanc DC Court of Appeals
430 E St NW,
Washington, DC 20001

No. 23-3228
No. 1:23-cr-00257-1

20001-276701

USCA Case #23-3228    Document #2066159    Filed: 07/22/2024    Page 4 of 4

**DISTRICT OF COLUMBIA COURT OF APPEALS**
430 E. STREET, N. W.
WASHINGTON, D. C. 20001

---

**OFFICIAL BUSINESS**



FIRST-CLASS MAIL
IMI
$000.69
07/17/2024 ZIP 20001
043M31247317

US POSTAGE

quadient

**UNITED STATES COURT OF APPEALS**
333 Constitution Avenue, NW
Washington, DC 20001