# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-3228**                            **September Term, 2023**

**1:23-cr-00257-TSC-1**

**Filed On:** August 2, 2024

United States of America,

      Appellee

   v.

Donald J. Trump,

      Appellant

**BEFORE:** Henderson, Childs, and Pan, Circuit Judges

## O R D E R

In light of the Supreme Court's judgment filed August 2, 2024, vacating this court's February 6, 2024 judgment and remanding for further proceedings consistent with the Court's opinion in <u>Trump v. United States</u>, 144 S. Ct. 2312 (July 1, 2024), it is

**ORDERED**, on the court's own motion, that this case be remanded to the District Court for further proceedings consistent with the Supreme Court's opinion.

The Clerk is directed to issue the mandate forthwith to the district court.

### Per Curiam

                         **FOR THE COURT:**
                         Mark J. Langer, Clerk

                 BY:     /s/
                         Daniel J. Reidy
                         Deputy Clerk