# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3228**                                         **September Term, 2023**

                                                                         **1:23-cr-00257-TSC-1**

                                                     **Filed On: August 2, 2024** [2068038]

United States of America,

         Appellee

    v.

Donald J. Trump,

         Appellant

### M A N D A T E

     In accordance with the order of August 2, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                                                      **FOR THE COURT:**
                                                      Mark J. Langer, Clerk

                                        BY:    /s/
                                                      Daniel J. Reidy
                                                      Deputy Clerk

[Link to the order filed August 2, 2024](#)